STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2000

at ____ o'clock and ____ min ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CYNTHIA A. KROG,<br><br>    Defendant. | CR. NO. CR00 00378 HG<br><br>INDICTMENT<br><br>[18 U.S.C. § 641] |

INDICTMENT

The Grand Jury charges:

On or about May 3, 1999, in the District of Hawaii, defendant CYNTHIA A. KROG willfully and knowingly did embezzle, steal, purloin and convert to her use money of the United States in excess of $1,000, to wit, approximately $7,500 of proceeds of the Kilauea Military Camp.

All in violation of Title 18, United States Code, Section 641.

DATED: September 14, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

USA v. CYNTHIA A. KROG
"Indictment"
Cr. No. _____

2